Henry Jacobs, as Administrator, etc., of Charles Jacobs, Deceased, Respondent, v. H. J. Koehler Sporting Goods Company, Appellant.— Judgment and order affirmed, with costs, upon the authority of *Jacobs* v. *Koehler Sporting Goods Co.* (147 App. Div. 907), and also upon the

authority of *Simkoff* v. *Lehigh Valley R. R. Co.* (190 N. Y. 256), *Marius* v. *Motor Delivery Co.* (146 App. Div. 608) and *Ardolino* v. *Reinhardt* (130 id. 119). Hirschberg, Thomas, Carr and Rich, JJ., concurred; Burr, J., dissented.

Thomas S. Lossing, Appellant, v. Joseph W. Cushman, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, Thomas, Carr, Woodward and Rich, JJ.

Margaret McGraw, Appellant, v. The City of New York, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Carr, Woodward and Rich, JJ.